# Order

Michigan Supreme Court
Lansing, Michigan

December 7, 2012

Robert P. Young, Jr.,
Chief Justice

146216 & (32)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CITY OF BRIGHTON,
        Plaintiff-Appellee,

v

LEON V. BONNER and MARILYN E.
BONNER,
        Defendants-Appellants.

SC: 146216
COA: 312770
Livingston CC: 09-024900-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 21, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2012

_____
Clerk

t1204